DEBTOR: 7245 Little Belle Court LLC         INITIAL FINANCIAL REPORT
                                            CHAPTER 11
CASE NO: 09-20028                           COVERSHEET

                                            8/31/09
                                            Date of Report

**THIS REPORT IS DUE 20 DAYS AFTER THE PETITION FILING DATE**

Mark One Box For Each Required Document

Debtor must attach each of the following documents or a satisfactory explanation for failure to attach a document. File original with the Clerk of Court. Transmit a duplicate to the U.S. Trustee.

| Document Attached | Previously Submitted | Explanation Attached | REQUIRED DOCUMENTS |
|---|---|---|---|
| ☐ | ☐ | ☐ | 1. Latest Fiscal Year Financial Statements or Tax Returns. |
| ☐ | ☐ | ☐ | 2. Balance Sheet as of Month End Immediately Preceding Filing or Appropriate Tax Return. |
| ☐ | ☐ | ☐ | 3. Profit and Loss Statement For Month immediately Preceding Filing or Appropriate Tax Return. |
|   |   |   | 4. Proof of Insurance Coverage |
| ☐☐☐☐☐ | ☐☐☐☐☐ | ☐☐☐☐☐ | A. General Liability Coverage<br>B. Property (Fire, Theft, etc.) Insurance<br>C. Workers' Compensation Insurance<br>D. Vehicle Insurance<br>E. Other:_____ |
| ☐ | ☐ | ☐ | 5. Projected Revenue, Expenses, and Cash Flow for First 120 Days (or longer) of Post Petition Operations |
|   |   |   | 6. Name and Address of Financial Institution, Account Number and Sample Voided Check For Each Debtor in Possession Bank Account |
| ☐☐☐ | ☐☐☐ | ☐☐☐ | A. General Account<br>B. Payroll Account<br>C. Tax Account |

**I declare under penalty of perjury** that the following Initial Financial Report, and any attachments thereto, is true and correct to the best of my knowledge and belief.

Executed on: 8/31/09         Debtor(s): 7245 Little Belle Court, LLC
                             By: Jared Lucero
                             Position: Manager

Form 1
Revised 10/96

DEBTOR: 7245 Little Belle Court, LLC  **MONTHLY FINANCIAL REPORT**
                                        **CHAPTER 11**

CASE NO: 09-20028

For Period August 1 to August 31 2009

## COVER SHEET

Accounting Method Used:  ☐ Accrual Basis    ☒ Cash Basis

---

**THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH**

Mark One Box For Each Required Document

Debtor must attach each of the following reports/documents unless the U.S. Trustee has waived the requirement in writing. File the original with the Clerk of Court. Transmit a duplicate, with original signature, to the U.S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ☒ | ☐ | Cash Receipts & Disbursements Statement (Form 2-B) |
| ☒ | ☐ | Balance Sheet (Form 2-C) |
| ☒ | ☐ | Profit and Loss Statement (Form 2-D) |
| ☒ | ☐ | Supporting Schedules (Form 2-E) |
| ☒ | ☐ | Quarterly Fee Summary (Form 2-F) |
| ☐ | ☐ | Narrative (Form 2-G) |
| ☐ | ☐ | Bank Statement(s) for Debtor in Possession Account(s) |

**I declare under penalty of perjury** that the following Monthly Financial Report, and any attachments thereto, is true and correct to the best of my knowledge and belief.

Executed on: 8/31/09        Debtor(s): 7245 Little Belle Court, LLC
                            By: Jared Lucero
                            Position: Manager

DEBTOR: 7245 Little Belle Court, LLC        CASE NO: 09-20028

Form 2-B
Page 1 of 2
Revised 10/96

## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period August 1 to August 31, 2009

## CASH RECONCILIATION

1. Beginning Cash Balance (Ending Cash Balance from last month's report)    $ 1453.64

2. Cash Receipts (from Cash Receipts Journal on next page)    $ 4100.00

3. Cash Disbursements (from Cash Disbursements Journal on next page)    (3229.98)

4. Net Cash Flow (line 2 minus line 3)    870.02

5. Ending Cash Balance (to Form 2-C)    $ 2323.66

## CASH SUMMARY - ENDING BALANCE

| | Amount | Financial Institution |
|---|---|---|
| Petty Cash | $ | |
| Regular Checking | 2323.66 | Chase |
| Tax Account | | |
| Other Checking Accounts | | |
| Interest-Bearing Deposits | | |
| Short-Term Investments | | |

TOTAL (must agree with line 5 above)    $ 2323.66

Form 2-B
Page 1 of 2
Revised 10/96

**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**

For Period August 1 to August 31, 2009

**CASH RECEIPTS JOURNAL**
(attach additional sheets as necessary)

| Date | Description (Source) | Amount |
|---|---|---|
| 8-28-09 | Rental Income | 4,100.00 |

Total Cash Receipts (to line 2 of Cash Reconciliation,   $4,100.00

**CASH DISBURSEMENTS JOURNAL**
(attach additional sheets as necessary)

| Date | Check Nos. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| 8-28-09 | | Rob Gray | Booking Commission | 779.00 |
| 8-31-09 | 999993 | LittleBelle HoA | HoA Fees | 2245.98 |
| 8-28-09 | | Paymentech | Merchant Account Fees | 205.00 |

Total Cash Disbursements (from line 3 of Cash Reconciliation)   $3229.98

DEBTOR: 7245 Little Belle Court, LLC    CASE NO: 09-20028

Form 2-C
Revised 10/96

BALANCE SHEET - As of August 31, 2009

### ASSETS

Current Assets:
   Cash (**from Form 2-B, line 5**)     $ 2323.66
   Accounts Receivable (**from Form 2-E**)
   Receivable from Officers, Employees, Affiliates
   Inventory
   Other Current Assets:

   Total Current Assets    $ 2323.66

Fixed Assets:
   Land
   Building
   Equipment, Furniture and Fixtures
    Total Fixed Assets
   Less: Accumulated Depreciation    ( )
    Net Fixed Assets

Other Long Term Assets:

   TOTAL ASSETS    2323.66

### LIABILITIES

**Post Petition Liabilities**:
   Accounts Payable (**from Form 2-E**)
   Notes Payable    500.00
   Rents and Leases Payable
   Taxes Payable (**from Form 2-E**)
   Accrued Interest
   Other:

   Total Post Petition Liabilities    $ 500.00

**Pre-Petition Liabilities**:
   Priority Claims
   Secured Debt
   Unsecured Dept
    Total Pre-Petition Liabilities
    TOTAL LIABILITIES    $ 500.00

### OWNERS' EQUITY

Capital Stock or Owners' Investment    $
Paid-In Capital
Retained Earnings:
   Pre Petition
   Post Petition    1823.66
   TOTAL OWNERS' EQUITY    $ 1823.66
   TOTAL LIABILITIES AND OWNERS' EQUITY    $ 2323.66

DEBTOR: 7245 Little Bella Court, LLC    CASE NO: 09-20028

Form 2-D
Revised 10/96

**PROFIT AND LOSS STATEMENT For Period** August 1 to August 31, 2009

| | | | |
|---|---|---|---|
| Gross Operating Revenue | $ | 4,100.00 | |
| Less: Discounts, Returns and Allowances | | ( ) | |
| Net Operating Revenue | | $ | 4,100.00 |
| Cost of Goods Sold | | | |
| Gross Profit | | | 4,100.00 |

Operating Expenses:
    Salaries and Wages
    Rents and Leases
    Payroll Taxes
    Other (list): Booking Commission    779.00
    HOA Fees    2,245.98
    Merchan Acct Fees    205

    Total Operating Expenses      3,229.98

    Operating Income (Loss)      870.02

Legal and Professional Fees
Depreciation, Depletion and Amortization
Interest Expense

    Net Operating Income (Loss)

Non-Operating Income and Expenses
    Other Non-Operating (Expenses)
    Gains (Losses) on Sale of Assets
    Interest Income
    Other Non-Operating Income

    Net Non-Operating Income or (Expenses)

    Net Income (Loss) Before Income Taxes

Federal and State Income Tax Expense (Benefit)

    **NET INCOME (LOSS)**    $    870.02

Form 2-D
Revised 10/96

DEBTOR: 7245 Little Belle Court, LLC     CASE NO: 09-20028

## SUPPORTING SCHEDULES
For Period August 1 to August 31, 2009

### POST-PETITION TAXES PAYABLE SCHEDULE

|  | Beginning Balance | Additions | Payments / Deposits | Date Paid | Check No. | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: Federal | $ | | | | | |
| State | | | | | | |
| FICA Tax Withheld | | | | | | |
| Employer's FICA Tax | | | | | | |
| Unemployment Tax: Federal | | | | | | |
| State | | | | | | |
| Sales, Use & Excise Taxes | | | | | | |
| Property Taxes | | | | | | |
| Accrued Income Tax: Federal | | | | | | |
| State | | | | | | |
| Other: | | | | | | |
| TOTALS (Post Petition) (Ending Balance to Form 2-C) | $ | | | | | |

### INSURANCE SCHEDULE

|  | Carrier / Agent | Amount of Coverage | Policy Expiration Date | Premium Paid Through Date |
|---|---|---|---|---|
| Workers' Compensation | | $ | / / | / / |
| General Liability | | | / / | / / |
| Property (Fire, Theft) | State Farm | | / / | / / |
| Vehicle | | | / / | / / |
| Other (list): | | | / / | / / |

## SUPPORTING SCHEDULES
For Period August 1 to August 31, 2009

Form 2-E
Page 1 of 2
Revised 10/96

## ACCOUNTS RECEIVABLE AND POST-PETITION PAYABLE AGING

| Due | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|
| Under 30 days | $ _____ | $ _____ |
| 30 to 60 days | _____ | _____ |
| 61 to 90 days | _____ | _____ |
| 91 to 120 days | _____ | _____ |
| Over 120 days | _____ | _____ |
| Total Post Petition | _____ | XXXXXXXXXXXXXXX |
| Pre Petition Amounts | _____ | XXXXXXXXXXXXXXX |
| Total Accounts Receivable | $ _____ | XXXXXXXXXXXXXXX |
| Less: Bad Debt Reserve | ( _____ ) | XXXXXXXXXXXXXXX |
| Net Accounts Receivable (to Form 2-C) | $ _____ | XXXXXXXXXXXXXXX |
| Total Post Petition Accounts Payable (to Form 2-C) | | $ _____ |

## SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | Amount Paid | Date of Court Approval | Estimated Balance Due* |
|---|---|---|---|
| Debtor's Counsel | $ _____ | _____ | $ _____ |
| Counsel for Unsecured Creditors' Committee | _____ | _____ | _____ |
| Trustee's Counsel | _____ | _____ | _____ |
| Accountant | _____ | _____ | _____ |
| Other: _____ | _____ | _____ | _____ |

*Balance due to include fees and expenses incurred but not yet paid.

## SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS / EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.

Form 2-E
Page 1 of 2
Revised 10/96

DEBTOR: 7245 Little Belle Court, LLC   CASE NO: 09-20028

## QUARTERLY FEE SUMMARY[1]

Month Ended August 31, 2009

| Payment Date | Cash Disbursements[2] | Quarterly Fee Due | Check No. | Date |
|---|---|---|---|---|
| January | | | | |
| February | | | | |
| March | | | | |
| TOTAL 1st Quarter | $ | | | |
| April | | | | |
| May | | | | |
| June | | | | |
| TOTAL 2nd Quarter | $ | | | |
| July | | | | |
| August | | | | |
| September | | | | |
| TOTAL 3rd Quarter | $ | | | |
| October | | | | |
| November | | | | |
| December | | | | |
| TOTAL 4th Quarter | $ | | | |

(1)   *This Summary is to reflect the current calendar year's information cumulative to the end of the reporting period.*

(2)   *Should agree with line 3, FORM 2-B, Disbursements are net of transfers to other debtor in possession bank accounts.*

Form 2-F
Page 1 of 2
Revised 10/96