Paragraph 2 is changed to read: 'This case may now be closed by the Clerk of the Court in the ordinary course of its business.

**The below described is SIGNED.**

**Dated: May 24, 2011**    _____
                           **WILLIAM T. THURMAN**
                           **U.S. Bankruptcy Chief Judge**



_____

_____

PREPARED AND SUBMITTED BY:
MICHAEL C. VAN, ESQ.
Utah Bar Number 004932
REGAN R. DUCKWORTH, ESQ.
Utah Bar Number 12500
SHUMWAY VAN & HANSEN, CHTD.
160 West Canyon Crest Rd.
Alpine, Utah 84004
Ph: (801) 216-8885
Fx: (801) 216-8887
regan@shumwayvan.com
*Attorneys for Reorganized Debtor*

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>7245 LITTLE BELLE COURT, LLC,<br><br>Debtor. | Bankruptcy No.: 09-20028<br>[Chapter 11]<br><br>Judge: William T. Thurman<br><br>[FILED ELECTRONICALLY]<br><br>Hearing Date: May 4, 2011<br>Hearing Time: 10:00am |

### **FINAL DECREE**

The Reorganized Debtor 7245 Little Belle Ct, LLC's ("Reorganized Debtor") Motion for

Entry of Final Decree (the "Motion"), filed pursuant to 11 U.S.C. § 350(a) and Fed. R. Bankr. P.

1

3022 (Docket No. 152), came on for hearing before the Honorable William T. Thurman on May 4, 2011. Appearances were made as noted on the record of the hearing.

The Court having read and considered the Motion; the record in the Reorganized Debtor's case; the matters submitted in connection with the Motion and having heard and considered arguments and representations made at the hearing; and it appearing that notice of the Motion and hearing was appropriate; it appearing that the bankruptcy case and estate of the Reorganized Debtor has been fully administered; there being no objections to the Motion having been filed in the cases or raised at the hearing; now for good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The Motion is granted; and
2. The Chapter 11 case of the Reorganized Debtor is hereby closed.

Prepared and submitted this 3rd day of May, 2011, by:

**SHUMWAY VAN & HANSEN, CHTD.**

/s/ Regan R. Duckworth
Regan R. Duckworth, Esq (12500)
160 West Canyon Crest Rd.
Alpine, Utah 84004
*Attorneys for Debtor*

    *# # #*

2

*Clerk's Service List:*

John T. Morgan, Esq. *via* ECF
Office of the U.S. Trustee

Marlon L. Bates, Esq. *via* ECF
Attorney for Bank of America, N.A.

United States Trustee *via* ECF

Michael C. Van, Esq. *via* ECF
Regan D. Duckworth, Esq.
Attorneys for Debtor

Kathy A. F. Davis, Esq. *via* ECF
Attorney for Little Belle Homeowners' Association

Lon A. Jenkins, Esq. *via* ECF
Attorney for Robert S. Harrell and Leah Lieber Harrell

Doyle S. Byers, Esq. *via* ECF
Attorney for Little Belle Hollow LLC

George Hofmann, Esq. *via* ECF
Attorney for David C. West Chapter 7 Trustee for Alan and Linda Strebeck